UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 6:11-cr-149-Orl-28DAB

RANDALL STARCHER

## ORDER

This case is before the Court on the Petition to Adjudicate Validity of Interest in a Forfeited Asset (Doc. No. 68) filed January 4, 2012 and the Government's Motion to Dismiss Petition of James and Sharon Hoots (Doc. No. 71, filed January 23, 2012). The United States Magistrate Judge has submitted a report recommending that the Petition to Adjudicate Validity of Interest in a Forfeited Asset be Denied and the Motion to Dismiss Petition of James and Sharon Hoots be Granted.

After a review of the Petitioners' Objections to Proposed Findings and Recommendations and the Government's Notice of no objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 13, 2012 (Doc. No. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Petition to Adjudicate Validity of Interest in a Forfeited Asset (Doc. No. 68) is **DENIED**.

3. The Motion to Dismiss Petition of James and Sharon Hoots (Doc. No. 71) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_30\_\_ day of July, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party